Kari Annette Rudd (SBN 268288)
Claire Johnson Raba (SBN 271691)
Jason Fong Luu (SBN 307179)
BAY AREA LEGAL AID
1800 Market Street, 3rd Fl.
San Francisco, CA 94102
Phone: (415) 982.1300
Fax: (415) 982.4243
Email: krudd@baylegal.org
   cjohnson@baylegal.org
   jluu@baylegal.org

Attorneys for Plaintiff
LORENA SOTOMAYOR


Matthew J. Kumar, Esq. SBN: 283521
FARMAR LAW GROUP, PC
14900 Magnolia Blvd. #55997
Sherman Oaks, CA 91403
Phone: (888) 700-4774
Fax: (888) 625-2445
Email: mail@farmarlaw.com

Attorneys for Defendants,
CROWN ASSET MANAGEMENT, LLC
FARMAR LAW GROUP, PC
ALI FARZIN, ESQ.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| LORENA SOTOMAYOR,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CROWN ASSET MANAGEMENT, LLC; FARMAR LAW GROUP, PC (formerly known as Law Office of Rory W. Clark); ALI FARZIN, ESQ.; and DOES 1-100<br><br>　　　　　　Defendants. | Case No. 18-03657-NC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE;**<br><br>**ORDER** |

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

- 1 -
**STIPULATION TO DISMISS WITH PREJUDICE**

The parties in the above-entitled action hereby stipulate as follows:

1. The parties have reached a settlement of all claims in this action.
2. Pursuant to the parties' settlement agreement, Plaintiff now wishes to dismiss with prejudice the complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: 10/23/18

BAY AREA LEGAL AID

*/s/Kari A. Rudd*_____
Kari A. Rudd
Attorney for Plaintiff
LORENA SOTOMAYOR

Dated: 10/23/2018

FARMAR LAW GROUP, P.C.

*/s/Matthew J. Kumar*_____
Matthew J. Kumar, Esq.
Attorney for Defendants

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED, that Plaintiff's complaint is dismissed with prejudice. All parties to bear their own costs and attorney's fees, except as set forth in the settlement agreement.

IT IS SO ORDERED.

DATED: October 24, 2018



_____
Hon. Judge Nathanael M. Cousins
United States Magistrate Judge

**STIPULATION TO DISMISS WITH PREJUDICE**